UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20653-CR-FAM

UNITED STATES OF AMERICA

vs.

FREDDY VELAZQUEZ,

    **Defendant.**
_____/

## FACTUAL PROFFER

    Defendant, Freddy Velazquez ("Velazquez"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

    On February 15, 2019, a mail service employee at the Wilkie D. Ferguson Courthouse, located at 400 North Miami Avenue, Miami, Florida, opened a letter addressed to "Federal Courthouse." The return sender was Freddy Velazquez #193038, Jefferson Correctional Institution, 1050 Big Joe Road, Monticello, Florida.

    Inside the envelope were two items: (1) a letter and (2) a white powdery substance. The letter read as follows:

> Inside this letter you find "chemicals" that are going to kill many of you dog eating mother fuckers. I hate all of you pigs and hope you all die. I fight you all till you all die. Am going to open fire on the street and kill many of you pigs as soon as i get out of prison and also the President of the United States of America.

When the mail service employee saw the white powdery substance that was inside the envelop he initiated the emergency protocols that had been put into place for situations involving potential biological substances. The United States Marshals Service, Department of Homeland Security, the

Federal Bureau of Investigation, the Federal Protective Service, and the City of Miami Police Department Hazardous Materials Unit ("Hazmat Unit") all responded to the courthouse.

The Hazmat Unit began to initiate certain procedures due to the potential exposure of a biological substance. The Hazmat Unit had the mail service employee enter a biohazard tent, strip naked, get sprayed down, removing any potential spores from his body, and be transported to a local hospital. Additionally, the courthouse was evacuated and a two-block radius around the courthouse was shutdown to local traffic. The shutdown remained in place for approximately eight hours. The Hazmat Unit conduced a field test of the white powdery substance and the substance was found not to be hazardous.

Special Agents from the Federal Bureau of Investigation and United States Secret Service interviewed Freddy Velazquez, who at the time was incarcerated at the Jefferson Correctional Institute. Velazquez admitted to law enforcement that he wrote the letter, placed the white powdery substance inside the envelope, and addressed the envelope himself. He also admitted that he sent the letter because it correctly described his feelings and that he had sent three similar letters to the Attorney General, Pentagon, and the Department of Defense, and these letters have never been located. During the interview Velazquez stated that he placed the white powdery substance in inside the envelope because he knew it would trigger a response from law enforcement. He also stated that he was aware he was committing a crime but did not care.

The Florida Department of Health, Bureau of Public Health Laboratories conducted an analysis of the white powdery substance and ruled out the existence of any sort of biological material. The Federal Bureau of Investigation also conducted an analysis of the white powdery substance and found that it was consistent with detergent.

A DNA sample from the envelope was submitted for examination against a known sample submitted by Velazquez to the Combined DNA Index System ("CODIS"). The sample taken from the envelope matched the sample in CODIS.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 1/31/20   By: *Bertila Fernandez*
BERTILA L. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

Date: 2/3/2020   By: *Christian Dunham*
CHRISTIAN DUNHAM
ATTORNEY FOR DEFENDANT

Date: 2/3/2020   By: *Freddy Velazquez*
FREDDY VELAZQUEZ
DEFENDANT